UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRSHA BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant, | 2:10-cv-1407-PMP-RJJ<br><br>REPORT & RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

This matter was referred to the undersigned Magistrate Judge on Plaintiff, Kirsha Brown's Application to Proceed in District Court Without Prepaying Fees or Costs (#1) and a proposed Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, attached thereto.

The Court having reviewed this matter makes the following findings:

1. On August 19, 2010, Plaintiff, Kirsha Brown filed an Application to Proceed in District Court Without Prepaying Fees or Costs (#1) and a proposed Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, attached thereto.

2. On August 31, 2010, the Court entered an Order (#2) scheduling a status hearing for September 29, 2010, at 2:00 PM. Further, the Court directed that the Order (#2) be served on the Plaintiff by certified mail.

3. On September 1, 2010, a copy of the Order (#2) was mailed to Plaintiff by certified mail. *See*, Certified Mail Receipt (#3).

4. On September 17, 2010, the Order (#2) was returned to the Court by the United States Postal Service marked: "Return to Sender Attempted Not Known Unable to Forward." *See*, Returned Mail (#5).

5. Plaintiff, Kirsha Brown did not appear for the hearing on September 29, 2010. Further, Plaintiff did not contact the court to request a continuance of the hearing or to provide a reason for her non-appearance.

6. The Order (#2) advised Plaintiff that failure to appear would result in a recommendation that this case be dismissed.

7. A review of the proposed complaint finds that Plaintiff has failed to state a viable claim as she is suing the United States government for 200 million dollars for civil and human rights violations without stating the specific nature or means of the alleged violations.

Based on the foregoing and good cause appearing therefore,

RECOMMENDATION

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that is case be DISMISSED WITH PREJUDICE.

DATED this  4th   day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge