UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| KIRSHA BROWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | 2:10-CV-01407-PMP-RJJ<br><br>**ORDER** |

　　　　Before the Court for consideration is Plaintiff Kirsha Brown's Motion/Application to Proceed *In Forma Pauperis* and Proposed Civil Rights Complaint (Doc. #1 ).  On October 4, 2010, the Honorable Robert J. Johnston, United States Magistrate Judge, entered a Report and Recommendation (Doc. #6) recommending that Plaintiff Brown's Motion/Application to Proceed *In Forma Pauperis* and Proposed Civil Rights Complaint (Doc. #1) should be denied.

　　　　Plaintiff Brown was given notice via certified mail receipt of an Order entered by Magistrate Judge Johnston (Doc. #2) requiring Plaintiff Brown to appear for a status hearing on September 29, 2010, at 2:00 PM.  On September 17, 2010, the Order (Doc. #2) was returned to the Court marked: "Return to Sender Attempted Not Known Unable to Forward."

　　　　On September 29, 2010, Plaintiff Brown did not appear for the hearing and the Order (Doc. #2) advised Plaintiff that failure to appear would result in a recommendation that this case be dismissed.

Case 2:10-cv-01407-PMP-RJJ   Document 8   Filed 10/19/10   Page 2 of 2

1  The Court has conducted a <u>de novo</u> review of the record in this case in
2  accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 1-4 and determines that
3  Magistrate Judge Johnston's Report and Recommendation should be Affirmed.
4  **IT IS THEREFORE ORDERED that** Magistrate Judge Johnson's Report
5  and Recommendation (Doc. #6) are Affirmed and Plaintiff Kirsha Brown's
6  Motion/Application to Proceed *In Forma Pauperis* (Doc. #1) is **DENIED.**
7  **IT IS FURTHER ORDERED that** Plaintiff Brown's Proposed Complaint
8  (Doc. #1) is **DENIED** with prejudice.

10  DATED:  October 19, 2010.

_____
PHILIP M. PRO
United States District Judge

2